# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS DAWSON REUTER, et al., | Case No. 2:20-CV-2180 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| MICHAEL R. POMPEO, et al., | |
| Defendant(s). | |

Presently before the court is Felipe D.J. Millan's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 3). Local Rule IA 11-2 provides that "[a]pplications must be by verified petition **on the form furnished by the clerk**." LR IA 11-2(a) (emphasis added). Petitioners cannot use their own verified motion. (*See* Clerk's Notice, ECF No. 4).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's verified petition for permission to practice pro hac vice (ECF No. 3) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that petitioner shall refile a petition on the form furnished by the clerk in compliance with LR IA 11-2(a) within 14 days from the entry of this order. If petitioner does not comply with this 14-day deadline, he shall again pay the admission fee for any refiled verified petition.

DATED January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**