UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS DAWSON REUTER, et al., | Case No. 2:20-CV-2180 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| MICHAEL R. POMPEO, et al., | |
| Defendant(s). | |

Presently before the court is Felipe D.J. Millan's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 11). Petitioner represents both plaintiffs in this case. Both plaintiffs signed the verified petition. (*Id.* at 5). Yet the second prompt of the petition states that petitioner has been retained only by Dulce Victoria Galindo Felix. (*Id.* at 1). Furthermore, the answer to the fourth prompt erroneously states that petitioner is admitted to practice in the District of New Mexico, not the State of New Mexico. (*Id.* at 11). Petitioner also avers that he is a member of good standing of the Texas state bar but did not attach a certificate of good standing from this jurisdiction. (*Id.* at 2).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's verified petition for permission to practice pro hac vice (ECF No. 11) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that petitioner shall refile a corrected petition within fourteen (14) days from the entry of this order. If petitioner does not comply with this 14-

**James C. Mahan**
**U.S. District Judge**

day deadline, his petition will be deemed to have been denied, and he shall again pay the admission fee for any refiled verified petition.

DATED March 5, 2021.

_____
UNITED STATES DISTRICT JUDGE