FELIPE D.J. MILLAN, Esq.
Law Office of Felipe D.J. Millan, P.C.
1147 Montana Ave.
El Paso, Texas 79902
Phone: 915-566-9977 Fax: 915-562-6837
FMILLAN@FELIPEMILLAN.COM

UNITED STATES DSTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Dawson Reuter, an individual and Dulce Victoria Galindo Felix, an individual <br><br> Plaintiff, <br><br> vs. <br><br> **Michael R. Pompeo**, U.S. Secretary of State; **Eric S. Cohan**, Consul General, U.S. Consulate in Ciudad Juarez, Mexico; **Chad F. Wolf**, Acting Secretary of U.S. Department of Homeland Security; **William P. Barr**, U.S. Attorney General. <br><br> Defendant | Case No.: **2:20-CV-02180** <br><br> MOTION WITHDRAWING MOTION FOR ENTRY FOR ENTRY OF DEFAULT FINAL JUDGEMENT OF U.S. ATTORNEY |

## MOTION WITHDRAWING MOTION FOR ENTRY OF DEFAULT FINAL JUDGEMENT OF U.S. ATORNEY

Comes now the Plaintiffs, represented by Felipe D.J. Millan, respectfully move the Court to withdraw their Motion for Entry of Default Final Judgment, without prejudice and allow the Defendants to answer the Complaint of Plaintiffs', and as grounds for said Motion would show unto the Court the following:

MOTION WITHDRAWING MOTION FOR ENTRY FOR ENTRY OF DEFAULT FINAL JUDGEMENT OF U.S. ATTORNEY - 1

1. The Complaint in the above- entitled and numbers cause was filed, and summons issued by the Clerk of this Court on November 30, 2020.
2. The defendants named in Plaintiffs' complaint, excepted the US Attorney, have in fact been served and the summons filed with the Clerk of this Honorable Court.
3. The U.S. attorney on behalf of the Defendants intended to file an answer in this case.
4. The Plaintiff's desires to withdraw without prejudice the Motion for Entry final Judgment and allowed the U.S. Attorney to file their responsive pleading in sixty (60) days final, as a reasonable and sufficient time to answer the complaint.

WHEREFORE PREMISES CONSIDERED, the Petitioners moves the Court for an Order withdraw the Motion to Entry of Default in the above- entitled and numbered cause and allowing Defendant's file their responsive pleading in sixty (60) days final.

Date: July 12, 2021.

Respectfully submitted,

  /s/ Felipe DJ Millan
FELIPE DJ MILLAN
1147 Montana Avenue
El Paso, TX 79902
PRO HAC VICE
ATTORNEY TO BE NOTICED

MOTION WITHDRAWING MOTION FOR ENTRY FOR ENTRY OF DEFAULT FINAL JUDGEMENT OF U.S. ATTORNEY - 2

# UNITED STATES DSTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Dawson Reuter, an individual and Dulce Victoria Galindo Felix, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**Michael R. Pompeo**, U.S. Secretary of State;<br><br>**Eric S. Cohan**, Consul General, U.S. Consulate in Ciudad Juarez, Mexico;<br><br>**Chad F. Wolf**, Acting Secretary of U.S. Department of Homeland Security; **William P. Barr**, U.S. Attorney General.<br><br>Defendant | Case No.: **2:20-CV-02180**<br><br>MOTION WITHDRAWING MOTION FOR ENTRY FOR ENTRY OF DEFAULT FINAL JUDGEMENT OF U.S. ATTORNEY |

**ORDER**

GOOD CAUSE APPEARING, the Motion Withdrawing Motion for Entry of Default Final Judgment, without prejudice is GRANTED.

ORDERED The Defendants, U. S. Attorney has sixty (60) FINAL days to file and serve their Answer.

DATED July 16, 2021.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE