CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
775-784-5438
holly.a.vance@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DAWSON REUTER and DULCE VICTORIA GALINDO FELIX,<br><br>Plaintiff,<br><br>v.<br><br>ANTONY BLINKEN, U.S. Secretary of State; ERIC S. COHAN, Consul General, U.S. Consulate in Ciudad Juarez, Mexico; ALEJANDRO MAYORKAS, Secretary of U.S. Department of Homeland Security; MERRICK B. GARLAND, U.S. Attorney General, in their Office Capacities,<br><br>Defendants. | Case No. 2:20-cv-02180-JCM-BNW<br><br>**Stipulation and Order for Extension of Time**<br><br>**(First Request)** |

Plaintiffs Thomas Dawson Reuter and Dulce Victoria Galindo Felix, and Defendants Antony Blinken, U.S. Secretary of State; Eric S. Cohan, Consul General, U.S. Consulate in Ciudad Juarez, Mexico; Alejandro Mayorkas, Secretary of U.S. Department of Homeland Security; and Merrick Garland, U.S. Attorney General ("Defendants") hereby stipulate and agree that Defendants may have a 30-day extension of time, from September 14, 2021 to October 14, 2021, to reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 31).

1

An extension is needed because defense counsel only recently learned she will need to undergo a medical procedure that will require at least two and a half weeks of recovery. Under the circumstances, good cause exists to extend the time for Defendants to reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendants' first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

Dated: September 9, 2021.

| | |
|---|---|
| LAW OFFICE OF FELIPE D.J. MILLAN, P.C. | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Felipe D.J. Millan<br>*FELIPE D.J. MILLAN*<br>Attorney for Plaintiffs | /s/ *Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant United States Attorney |

DATED: September 9, 2021

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE